UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.L. ARMSTRONG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SPOKANE, et. al.,<br><br>　　　　　Defendants. | NO.  CV-11-0397-LRS<br><br>ORDER OF DISMISSAL |

　　　On October 12, 2011, Plaintiff A.L. Armstrong filed a fifty-five page *pro se* Complaint with this Court against approximately 37 different defendants. (ECF No. 1).  Under 28 U.S.C. §1915, district courts are required to screen *pro se* complaints for legal and factual sufficiency.  On November 12, 2011, the Court conducted the required screening.  Plaintiff states that the district court has jurisdiction under Title XVIII of U.S.C. 117, 371, 1951, 1581-1590, 1592, 1593, 1594, 641, 656, 657, 662, 666, 669, 1956, 1957, 2311, and 2.  The Court notes, however, Title 18 U.S.C. § 117 is "domestic assault by an habitual offender" which seems to have no place in the scheme of Plaintiff's Complaint.

　　　The Court determines that Plaintiff's Complaint fails to comply with Federal Rule of Civil Procedure 8(a) and fails to state a claim(s) for which federal jurisdiction lies.  This action does not

ORDER OF DISMISSAL - 1

meet the requirements of Rule 8(a).  For example, Count One states a claim for "Forced Labor, Peonage" in this civil action.  18 U.S.C. § 1581 is a criminal statute for peonage, slavery, and trafficking of persons.

When a complaint is dismissed under section 1915(e), the plaintiff should be given leave to amend the complaint with directions as to curing its deficiencies, unless it is clear from the face of the complaint that the deficiencies could not be cured by amendment.  *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir.1987)(dismissal for failure to state a claim).  The Court finds that the deficiencies herein cannot be cured by any amendment.  The Court hereby dismisses Plaintiff's action without prejudice.

**IT IS HEREBY ORDERED**: Plaintiff's action is **DISMISSED** without prejudice.  Further, all pending motions (ECF Nos. 2, 5, and 8) are **DENIED as MOOT.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment accordingly, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**DATED** this___9th___day of November, 2011.


                              *s/Lonny R. Suko*
                          _____
                                LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2