AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

A.L. ARMSTRONG, et al.,

                Plaintiffs,

                                                       JUDGMENT IN A CIVIL CASE

                v.

CITY OF SPOKANE, et al.,

                                                     CASE NUMBER: CV-11-0397-LRS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order of Dismissal entered on November 9, 2011, ECF No. 13, judgment is entered in favor of Defendants and this action is dismissed without prejudice.

November 9, 2011                                                 JAMES R. LARSEN
*Date*                                                                           *Clerk*
                                                                                s/ Cora Vargas
                                                                                *(By) Deputy Clerk*
                                                                                Cora Vargas